UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA WIRELESS, INC. and<br>SIERRA WIRELESS AMERICA, INC.,<br><br>    Plaintiffs,<br>  v.<br><br>NORMAN IP HOLDINGS LLC,<br><br>    Defendant. | CASE NO. 3:10-cv-00815-JM-BGS<br><br>**ORDER STAYING CASE**<br><br>Doc. No. 25 |

    Having reviewed the representations of plaintiffs Sierra Wireless, Inc. and Sierra Wireless America, Inc. ("Sierra Wireless"), and there being a lack of opposition by defendant Norman IP Holdings, LLC ("Norman"), the Court finds good cause to grant the Unopposed Motion to Stay Discovery and Briefing, and Re-schedule Hearing, re Defendant's Motion to Dismiss/Transfer Pending Resolution of Texas Transfer Motion.

Therefore it is ORDERED that:

1. Pending a decision by the Eastern District of Texas, in Case No. 6:09-cv-270-LED-JDL, on Defendants' Joint Opposed Motion to Dismiss Norman IP Holdings, LLC's and Saxon Innovations, LLC's Fourth Amended Complaint, or in the Alternative, to Transfer to the Southern District of California, further briefing and any jurisdictional discovery relating to the Motion of Defendant Norman IP Holdings, LLC to Dismiss or in the Alternative Transfer the Case to the Eastern District of Texas (Dkt. No. 21), is stayed. The August 6, 2010 hearing date is taken off calendar.

2. Once the Eastern District of Texas issues an order on the Texas motion to dismiss or transfer, limited jurisdictional discovery can commence, briefing will resume, and the hearing will be rescheduled at the next available hearing date at least two months after the issuance of the order resolving the Texas motion.

3. Should the Eastern District of Texas fail to act on the Texas motion to dismiss or transfer by August 31, 2010, the parties agree that the briefing, hearing, and jurisdictional discovery stay should immediately end unless both parties agree and stipulate to extend the stay for an additional time thereafter. Absent such an extension, limited jurisdictional discovery can commence, briefing will resume, and the hearing will then be rescheduled to the next available hearing date at least two months after August 31, 2010.

IT IS SO ORDERED.

Dated: August 2, 2010

_____
JEFFREY T. MILLER
United States District Judge